**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. BRADY FOLLIARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. G. MICRO CORP.,<br><br>　　　　Defendant.   　　　　　　　　　　　／ | No. C 08-2896 SI<br><br>**ORDER TO FILE STATUS REPORT** |

This action was filed, under seal, on June 10, 2008. On October 20, 2009, the complaint was unsealed for purposes of service on the defendant, along with the United States' Notice of Election to Decline Intervention. The docket reveals no further activity in the action, nor does it reflect service upon the defendant.

Plaintiff/relator is **ORDERED to file a Status Report on or before August 5, 2011**, explaining whether and when service was effected, whether and by whom defendant is represented, and whether and when the matter may be concluded. Barring satisfactory response, this action may be dismissed without prejudice for failure to prosecute. F.R.Civ.P. 41(b).

**IT IS SO ORDERED.**

Dated: July 21, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge