Mark A. Kleiman, Esq. [SBN 115919]
LAW OFFICES OF MARK ALLEN KLEIMAN
2907 Stanford Avenue
Venice, CA 90292
Tel:  310 306-8094
Fax: 310-306-8491
mkleiman@quitam.org

H. Vincent McKnight, Jr., Esq. [D.C. Bar #293811]
*Counsel Pro Hac Vice*
McKnight & Kennedy LLC
Lee Plaza, Suite 1010
8601 Georgia Avenue
Silver Spring, MD 20910
Telephone:  301-565-5281 x 222
Facsimile:   301-565-5285
vmcknight@mcknightandkennedy.com

Attorneys for Qui Tam Plaintiff/Relator

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel* BRADY FOLLIARD,<br><br>        Plaintiffs,<br>    v.<br><br>G.C MICRO CORP; and Does 1 through 10,<br><br>        Defendants. | CASE NO.:  CV 08 2896 SI<br><br>[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE |

//
//
//
//
//

1 | Upon the Qui Tam Plaintiff's/Relator's request for voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and 31 USC § 3730(b)(1), with the consent of the Unites States,

IT IS HEREBY ORDERED that the Court consents to the dismissal of the action and dismisses the action without prejudice.

Dated: _____8/10_____, 2011

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE